United States Bankruptcy Court
Eastern District of Arkansas

In re:                                                                           Case No. 23-10768-rdt

Billy Joe Roper, Jr.                                                             Chapter 7

Vanessa Gabrielle Roper
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0860-4                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 12, 2023                       Form ID: 318                            Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Billy Joe Roper, Jr., Vanessa Gabrielle Roper, PO Box 1937, Mountain View, AR 72560-1937 |
| 6848564 | + | Baxter Regional Medical Center, 624 Hospital Dr., Mountain Home, AR 72653-2955 |
| 6848569 | + | North Arkansas Radiology, PO Box 2297, Batesville, AR 72503-2297 |
| 6848576 | + | WRMC Wound Care, PO Box 308, Conway, AR 72033-0308 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6848567 | | EDI: CITICORP.COM | Jun 13 2023 02:16:00 | Home Depot Credit Services, c/o Citicards Private Label, P.O. Box 20483, Kansas City, MO 64195 |
| 6848565 | + | EDI: CALTAXFEE | Jun 13 2023 02:16:00 | California Dept of Tax & Fee, PO Box 942879, Sacramento, CA 94279-0001 |
| 6865918 | | EDI: CITICORP.COM | Jun 13 2023 02:16:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 6848560 | + | EDI: ARKDEPREV.COM | Jun 13 2023 02:16:00 | Dept. of Finance & Admin., Legal Division, P.O. Box 1272, Little Rock, AR 72203-1272 |
| 6848563 | + | Email/Text: kristina.jacks@arkansas.gov | Jun 12 2023 22:19:00 | Dept. of Workforce Services, Legal Division, P.O. Box 2981, Little Rock, AR 72203-2981 |
| 6848562 | | EDI: IRS.COM | Jun 13 2023 02:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 6848566 | | EDI: BLUESTEM | Jun 13 2023 02:16:00 | Fingerhut Credit, Attn: Bankruptcy Dept., P.O. Box 1250, Saint Cloud, MN 56395 |
| 6859815 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2023 22:24:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 6848568 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2023 22:24:14 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 6848570 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 12 2023 22:19:00 | Quest Diagnostics, PO Box 740795, Cincinnati, OH 45274-0795 |
| 6848571 | + | Email/Text: bankruptcygroup@sce.com | Jun 12 2023 22:18:00 | Southern CA Edison, PO Box 800, Rosemead, CA 91770-0800 |
| 6848572 | + | Email/Text: tgrady@wrmc.com | Jun 12 2023 22:18:00 | Stone County Medical Center, PO Box 510, Mountain View, AR 72560-0510 |
| 6848573 | | EDI: AISTMBL.COM | Jun 13 2023 02:16:00 | T-Mobile, PO Box 37380, Albuquerque, NM 87176-7380 |
| 6848574 | + | EDI: WTRRNBANK.COM | Jun 13 2023 02:16:00 | Target National Bank, Bankruptcy Department, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 6848561 | + | Email/Text: USAARE.Bankruptcy@usdoj.gov | Jun 12 2023 22:18:00 | U.S. Attorney Eastern District, P.O. Box 1229, |

District/off: 0860-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 12, 2023 | Form ID: 318 | Total Noticed: 20

Little Rock, AR 72203-1229

6848575     + Email/Text: tgrady@wrmc.com

Jun 12 2023 22:18:00     White River Medical Center, P.O. Box 2197, Batesville, AR 72503-2197

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Alexander Flynn | on behalf of Joint Debtor Vanessa Gabrielle Roper flynnbankruptcy@gmail.com  FLYNNLAWFIRM@jubileebk.net |
| John Alexander Flynn | on behalf of Debtor Billy Joe Roper  Jr. flynnbankruptcy@gmail.com, FLYNNLAWFIRM@jubileebk.net |
| John Alexander Flynn | on behalf of Interested Party Billy Joe Roper  Jr. flynnbankruptcy@gmail.com, FLYNNLAWFIRM@jubileebk.net |
| John Alexander Flynn | on behalf of Interested Party Vanessa Gabrielle Roper flynnbankruptcy@gmail.com  FLYNNLAWFIRM@jubileebk.net |
| Kevin P. Keech | on behalf of Defendant Logan R Riffenburg kkeech@keechlawfirm.com keechlawfirmecf@gmail.com;sholden@keechlawfirm.com;ncounts@keechlawfirm.com;bmcintyre@keechlawfirm.com;jlferguson@keechlawfirm.com;cpm@keechlawfirm.com;keechkr71908@notify.bestcase.com |
| Kevin P. Keech | on behalf of Defendant Claudia L Riffenburg kkeech@keechlawfirm.com keechlawfirmecf@gmail.com;sholden@keechlawfirm.com;ncounts@keechlawfirm.com;bmcintyre@keechlawfirm.com;jlferguson@keechlawfirm.com;cpm@keechlawfirm.com;keechkr71908@notify.bestcase.com |
| M. Randy Rice | on behalf of Trustee M. Randy Rice randyrice2@comcast.net mrr@trustesolutions.net;cmrr11@trustesolutions.net;office523c@comcast.net |
| M. Randy Rice | on behalf of Plaintiff M. Randy Rice randyrice2@comcast.net mrr@trustesolutions.net;cmrr11@trustesolutions.net;office523c@comcast.net |
| M. Randy Rice | randyrice2@comcast.net  office523c@comcast.net;mrr@trustesolutions.net |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Billy Joe Roper Jr. | Social Security number or ITIN   xxx–xx–8514 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | Vanessa Gabrielle Roper | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7476 |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Arkansas | |
| Case number: | 4:23–bk–10768 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Billy Joe Roper Jr.

Vanessa Gabrielle Roper
fka Vanessa G Riffenburg

Dated: 6/12/23

**By the court:** *Richard D. Taylor*

Richard D. Taylor
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

6/12/23

Official Form 318 **Order of Discharge** page 2