IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Re:   Billy Joe Roper, Jr.  and                                    Case No. 4:23-bk-10768T
      Vanessa Gabrielle Roper,  Debtors                                          Chapter 7

### TRUSTEE'S RESPONSE TO OMNIBUS OBJECTION TO CLAIMS

Comes M. Randy Rice, chapter 7 trustee in the above styled case (hereafter referred to as "trustee" or "the trustee"), and submits his Response to the Omnibus Objection to Claims filed by Logan Riffenburg (hereafter referred to as "Riffenburg").  In support of this Response, the trustee alleges and states as follows:

1.   Trustee neither admits nor denies the allegations contained in paragraphs 1, 2 and 3 of the Omnibus Objection filed by Riffenburg.

2.   Riffenburg states in the opening paragraph of his objection that he is a "party in interest and creditor".  Trustee neither agrees nor disagrees with the Riffenburg's assertion that he is a creditor.  However, trustee asserts that Riffenburg has not complied with the 11 USC §501 of the United States Bankruptcy Code and the Rule 3001 of the Federal Rules of Bankruptcy Procedure as they relate to a party filing and pursuing claims against the estate.  Trustee asserts that Riffenburg should be required to file a proof of claim in compliance with the above stated statute and rule in order to proceed forward with his objection.  The debtors, creditors of the estate and the trustee are entitled to be informed of the basis, amount and priority of the claim being asserted by Riffenburg.

WHEREFORE, trustee prays that this Court orders Riffenburg to promptly file a proof of claim, stating the amount of the claim and the basis of the claim. Trustee further prays that

Riffenburg be ordered to attach all documents necessary to support that claim and for all other appropriate relief for which the estate is entitled.

DATE July 10, 2025

          Respectfully Submitted:
          /s/ M. Randy Rice, Trustee
          124 W. Capitol, # 1850
          Little Rock, AR 72201
          randyrice2@comcast.net
          (501) 374-1019

## Certificate of Notice

I, M. Randy Rice, hereby certify that on today's date, I electronically filed the foregoing response with the Clerk of the Bankruptcy Court using the CM\ECF system, which shall send notification of the filing to all parties that have requested filing, including the following parties:

Kevin Keech, Attorney                                                          kkeech@keechlawfirm.com

DATE July 10, 2025

          /s/ M. Randy Rice, Attorney